**UNITED STATES DISTRICT COURT**

**FOR THE**

**EASTERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------X

GUSTAVIA HOME, LLC

                                 Plaintiff

v                                            **NOTICE OF MOTION**

ROBERT R. RUTTY; and

John Doe "1" through "12",                Civil Case No. 16-cv-02823 (BMC)

Said persons or parties having or

claimed to have a right, title or interest

in the mortgage premises herein, their

respective names are presently unknown to the plaintiff

                                 Defendants

-------------------------------------------------------------------X

**PLEASE TAKE NOTICE** that upon the attached affirmation of Robert Rutty, dated July 19, 2016 and upon all proceedings in this case to date, the plaintiff will move in this Court, at 10.30 A.M. on the 15ᵗʰ day of August 2016, at the Courthouse located at 225 Cadman Plaza East, Room 704 S, Brooklyn, NY 11201, before the Honorable Brian M. Cogan, pursuant to CPLR § 3211 & Federal Rules of civil procedures 12 (b) (6), granting the following relief to the movant:

Dismiss the complaint with prejudice, enter an order to seize all documents submitted by the plaintiff and refer the matter to the United States attorney for an investigation as required by title 18 U.S.C. § 4, and granting such other and further relief as this Court may deem just and proper.

1

PLEASE TAKE FURTHER NOTICE, that pursuant to Civil Practice Law and Rules 2214(b),

you are hereby required to serve copies of your answering affidavits on the undersigned no later

than the seventh day prior to the date set above for the submission of this motion.

Dated: July 19, 2016

Respectfully Submitted

Robert Rutty

Pro Se Defendant
2622 North Augusta Drive
Wadsworth, IL 60083
917-683-0155

Janet Nina Esagoff, Esq

The Margolin & Weinrib Law Group, LLP

165 Eileen Way, Suite 101

Syosset, NY 11791

516-945-6055

*Submitted 7/29/2016 GH*

UNITED STATED DISTRICT COURT

    FOR THE

EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------------------------X

GUSTAVIA HOME, LLC

                  Plaintiff

V                                   Civil Case No. 16 CV.02823 (BMC)

ROBERT R. RUTTY; and

John Doe "1" through "12",

Said persons or parties having or

claimed to have a right, title or interest

in the mortgage premises herein, their

respective names are presently unknown to the plaintiff

                  Defendants

----------------------------------------------------------------X

## MOTION TO DISMISS WITH PREJUDICE, & FOR REFERRAL TO THE UNITED STATES ATTORNEY FOR AN INVESTIGATION

Defendant Robert Rutty hereby moves the Court to dismiss the frivolous foreclosure complaint

with prejudice pursuant to CPLR 3211 and Federal Rules of Civil Procedures 12 (b) (6), issue an

order to seize all original documents submitted by the plaintiff's attorney and refer the matter to

the United States attorney for an investigation pursuant to title 18 U.S.C. § 4.

3

## PRELIMINARY STATEMENT

Plaintiff and or its attorneys either knew who, or set into motion the process whereby documents were manufactured for the purpose of litigation with intent to deceive the Court in violation of New York penal law § 487 & 22 NYCRR, Part 130-1.1, for which sanctions is mandatory.

## STATEMENT OF FACTS

1. On September 29, 2006 defendant took out a second mortgage loan for $134,000.00 the note was payable to People's Choice Home Loan, Inc., and the mortgage was payable to MERS as nominee for People's Choice Home Loan, Inc.

2. On March 20, 2007 People's Choice Home Loan, Inc., filed for Chapter 11 Bankruptcy protection, in the United States Bankruptcy Court in the central District of California, case No. 07-10765.

3. The case was handled by Judge Robert Kwan and the company was liquidated in 2008.

4. According to the New York State Department of State, Division of Corporations records, People's Choice Home Loan, Inc., was suspended from conducting business in New York and the chief executive officer was listed as Neil B. Kornsweit.
   **Exhibit A**. New York State Department of State, Division of Corporations Records for People's Choice Home Loan, Inc.

5. According to the resume of Neil Kornsweit taken from his Linkedin page, Kornsweit is a lawyer and is currently president of Pacific Mercantile Bank.
   **Exhibit B**. Resume of Neil Kornsweit taken from his Linkedin page.

4

6.  According to the Wyoming Secretary of State website, People's Choice Home Loan Inc., was dissolved as of October 24, 2008.

    **Exhibit C**. Wyoming Secretary of State Records for People's Choice Home Loan, Inc.


7.  According to the Florida Secretary of State, People's Choice Home Loan, Inc., was dissolved on September 26, 2008.

    **Exhibit D**. Florida Secretary of State Records for People's Choice Home Loan, Inc.


8.  The note submitted with the foreclosure complaint contains a note with four undated allonges.

9.  The second undated allonge attempt to transfer the note from Residential Funding Company, LLC to Ocwen Loan Servicing, LLC U.S. Bank National Association, as Trustee for Residential Asset Securities Corporation, Home Equity Mortgage Asset-Backed pass- through Certificates, Series 2007-KS1, which was executed by Karen Smith purporting to be an authorized officer of Residential Funding Company, LLC.

10. However, according to the resume of Karen Smith taken from her Linkedin page, Smith is servicing support specialist with Ocwen Loan Servicing from April 2012 to present.

    **Exhibit E.** Resume of Karen Smith taken from her Linkedin page.


11. On March 11, 2016 Barbra Engle executed an assignment of mortgage to transfer the security instrument from MERS as nominee for People's Choice Home Loan, Inc., to NPL Capital, LLC.

12. Engle has no title and there is no evidence submitted to the Court that Engle was authorized to execute the assignment of mortgage on behalf of MERS.

   **Exhibit F.** Assignment of mortgage executed by Barbra Engle without a title.

13. The second assignment of mortgage is from NPL Capital, LLC to Gustavia Home, LLC.

14. If the first assignment of mortgage is defective, then all subsequent assignments of mortgage are invalid.

## ARGUMENT

No where in the complaint does it state for what month the payment is due and this complaint was specifically designed to be vague.

Federal Courts were not authorized by Congress to handle foreclosures because property rights are States rights issues.

"In considering a motion to dismiss pursuant to rule 12 (b) (6), a Court must accept as true the well pleaded factual allegations set forth in the complaint and draw all reasonable inferences in favor of the plaintiff." Ashcroft v. Iqbal, 556 U.S. 662, 677 (2009).

"In doing so, the Court need not give credence to plaintiff's conclusory allegations, or legal conclusions offered as pleadings." Cantor Fitzgerald v. Lutnick, 313 F. 3d 704, 709 (2d Cir. 2002).

Indeed, the Court should begin by identifying pleadings that, because they are no more than conclusions, are not entitled to the assumption of truth. Iqbal, 556 U.S. 679. If well pleaded factual allegations exist, the Court must then determine whether they plausibly give rise to an entitlement for relief.

The party asserting the cause of action has no legal capacity to sue.

Plaintiff lack capacity to initiate this action because it is not registered with the New York State Department of State, Division of corporations to conduct business in this State.

New York State Business Corporation Law Section 1312 prohibits litigation by entities not registered in New York State to conduct business.

"The Power of New York Courts to subject a foreign Corporation to personal jurisdiction because it is doing business in the State derives from case law. Courts continue to exercise the power by virtue of Civil practice Law and rules § 301. In this sense of the term, a foreign Corporation is amenable to suit in New York Courts if it is engaged in a continuous and systematic course of doing business here as to warrant a finding of its presence in this jurisdiction." Frummer v. Hilton Hotels International, Inc., 19 N.Y. 2d 533, 227 N.E. 2d 851, 281 N.Y.S. 2d 21 (1967) quoting Simpson v. International Bank, 14 N.Y. 2d 281, 285, 200 N.E. 2d 427, 429, 251 N.Y.S. 2d 433, 436 (1964). See also Landoil Resources Corp. v. Alexander & Alexander Services, Inc., 77 N.Y. 2d 28, 565 N.E. 2d 488, 563 N.Y.S. 2d 21 (1990).

MERS as the agent had no more authority than it's principal People's Choice Home Loan, Inc., to execute an assignment of mortgage on behalf of its principal, after its principal People's Choice Home Loan, Inc., filed for Bankruptcy protection and was dissolved.

There is no evidence submitted to the Court that the MERS Board of Directors passed a resolution to appoint Barbra Engle as an authorized signator.

Barbara Engle violated New York penal law 210.45 when she made a false punishable statement in the assignment of mortgage purporting to be an officer of MERS.

7

Plaintiff, its attorneys and or agents falsified their business records in violation of New York penal law 175.10 when they indicated that they purchased the security instrument.

Plaintiff, its attorneys and or agents violated New York penal law 175.35 when they offered the forged documents for recording with the Queens County clerk.

Plaintiff, its attorneys and or agents violated New York penal law 175.25 when they tampered with public records.

Plaintiff's attorney is currently in possession of a forged instrument in violation of New York penal law 170.30

The record shows that the plaintiff and or its attorneys either knew who, or set into motion the process whereby documents were manufactured for the purposes of litigation.

The note submitted to the Court contains several undated endorsements.

Thus, there is no evidence submitted to the Court of the date of physical delivery of the note to plaintiff.

"Where an affidavit, in this case of the plaintiff's servicing agent, fails to give any factual details as to the physical delivery of the note, it fails to establish that the plaintiff had physical possession of the note prior to commencement of the action" U.S. Bank Nat. Ass'n v. Weinman, 123 A.D. 3d 1108, 2 NYS3d 128 (2nd Dep't 2014).

"Indeed, where the plaintiff establishes its standing as the holder of the note and mortgage by physical delivery prior to commencement of the action, it is unnecessary to address the validity of a subsequently executed document assigning the mortgage and note"' Deutsche Bank Nat'l Trust Co. v. Whalen, 107 AD3d 931, 932 {2d Dep't 2013}.

In considering standing, a Court must consider the negotiability of the promissory note. Pursuant to UCC § 3-202, negotiation is defined as the transfer of an indorsement in such form that the transferee becomes a holder. U.C.C. § 3-204 provides that a special indorsement specifies the person to whom or to whose order the instrument is payable (UCC § 3-204 {1}), Pursuant to UCC § 3-204 (2); "An indorsement in blank specifies no particular indorsee and may consist of a mere signature. An instrument payable to order and indorsed in blank becomes payable to bearer and may be negotiated by delivery alone until specially indorsed.' The indorsement must be made either on the face of the note or on allonge so firmly affixed to the note as to become a part thereof UCC Section 3-202 (20).

Thus, Plaintiff lack standing to call a default and to initiate and maintain this action.

"The Payor of a note exposes himself, or herself to double liability if he or she makes payment to someone other than the Boss of the instrument, unless the other person to whom payment is made is an agent of the owner of the note". In the matter of foreclosure of a Deed of Trust executed by Woodard, 185 N.C. App. 159 (NC Ct. App. 2007).

Plaintiff left the complaint at the subject property and that's how defendant found out about this case.

The Court has no jurisdiction of the subject matter cause of action because plaintiff lack standing to initiate and maintain this action.

"On a motion to dismiss for lack of subject matter jurisdiction pursuant to rule 12 (b) (1) of the Federal rules of civil procedure, the plaintiff bears the burden of establishing that jurisdiction exists by a preponderance of the evidence." Makarova v. United States, 201 F. 3  d 110, 113 (2d Cir. 2000).

"In ruling on such a motion, a Court may consider evidence outside the pleadings without converting the motion to dismiss into a motion for summary judgment." Luckett v. Bure, 290 F. 3d 493, 496-97 (2d Cir.2002).

"Here, in contrast, we do not require heightened fact pleading of specifics, but only enough facts to state a claim to relief that is plausible on its face. Because the plaintiffs have nudged their claims across the line from conceivable to plausible, their complaint must be dismissed." Bell Atlantic Corp. v. Twombly, 550 U.S. 544 (2007).


## CONCLUSION

The record shows that the plaintiff and or its attorneys either knew who, or set into motion the process whereby documents were manufactured for the purposes of litigation.

Wherefore, defendant Rutty respectfully request that the Court dismiss the complaint with prejudice, enter an order seizing all documents submitted by plaintiff's attorney and refer the matter to the United States attorney for an investigation as required by title 18 U.S.C. § 4, and any other relief this Court deems just and proper under the circumstances.

Dated: July 19, 2016

Respectfully Submitted

Robert Rutty

Pro Se Defendant

2622 North Augusta Drive

Wadsworth, IL 60083

917-683-0155

10

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
———————————————— x

GUSTAVIA HOME, LLC

         Plaintiff,               Affirmation of Service

-against-

ROBERT R. RUTTY

         Defendant.             16 CV 02823 (BMC)
———————————————— x


I, ROBERT R. RUTTY , declare under penalty of perjury that I have
served a copy of the attached MOTION TO DISMISS WITH PREJUDICE
upon THE MARGOLIN AND WEINRIB LAW GROUP, LLP
whose address is: 165 EILEEN WAY, SUITE 101, SYOSSET,
NY 11791

Dated: 7/19/16
         , New York
WADSWORTH, IL

                        Signature
                        2622 NORTH AUGUSTA DR
                        Address
                        WADSWORTH, IL 60083
                        City, State, Zip Code

# EXHIBIT A

# NYS Department of State

## Division of Corporations

### Entity Information

The information contained in this database is current through July 15, 2016.

Selected Entity Name: PEOPLE'S CHOICE HOME LOAN, INC.
Selected Entity Status Information

| | |
|---|---|
| **Current Entity Name:** | PEOPLE'S CHOICE HOME LOAN, INC. |
| **DOS ID #:** | 2612518 |
| **Initial DOS Filing Date:** | MARCH 05, 2001 |
| **County:** | ALBANY |
| **Jurisdiction:** | WYOMING |
| **Entity Type:** | FOREIGN BUSINESS CORPORATION |
| **Current Entity Status:** | SUSPENDED |

Selected Entity Address Information

**DOS Process (Address to which DOS will mail process if accepted on behalf of the entity)**
PROCESS ADDRESSEE RESIGNED

, ,

**Chief Executive Officer**

NEIL B KORNSWIET
7515 IRVINE CENTER DR
IRVINE, CALIFORNIA, 92618

**Principal Executive Office**

PEOPLE'S CHOICE HOME LOAN, INC.
7515 IRVINE CENTER DR
IRVINE, CALIFORNIA, 92618

Case 1:16-cv-02823-BMC-VMS   Document 20   Filed 07/29/16   Page 14 of 34 PageID #: 150

## Registered Agent

REGISTERED AGENT RESIGNED

, ,

This office does not record information regarding
the names and addresses of officers, shareholders
or directors of nonprofessional corporations except
the chief executive officer, if provided, which
would be listed above. Professional corporations
must include the name(s) and address(es) of the
initial officers, directors, and shareholders in the
initial certificate of incorporation, however this
information is not recorded and only available by
viewing the certificate.

### *Stock Information

| # of Shares | Type of Stock | $ Value per Share |
|---|---|---|
| | No Information Available | |

*Stock information is applicable to domestic business corporations.

### Name History

| Filing Date | Name Type | Entity Name |
|---|---|---|
| MAR 21, 2001 | Actual | PEOPLE'S CHOICE HOME LOAN, INC. |
| MAR 05, 2001 | Actual | PEOPLE'S CHOICE HOME LONA, INC. |

A **Fictitious** name must be used when the **Actual** name of a foreign entity is unavailable for use in
New York State. The entity must use the fictitious name when conducting its activities or business in
New York State.

NOTE: New York State does not issue organizational identification numbers.

Search Results    New Search

Services/Programs   |   Privacy Policy   |   Accessibility Policy   |   Disclaimer   |   Return to DOS
Homepage   |   Contact Us

# EXHIBIT B

# Neil Kornswiet

**President at Pacific Mercantile Bank**

Costa Mesa, California   Banking

| | |
|---|---|
| Current | Pacific Mercantile Bank |
| Education | Georgetown University Law Center |

**0**
connections

# View Neil's full profile. It's free!

Your colleagues, classmates, and 400 million other professionals are on
LinkedIn.

**View Neil's Full Profile**

## Summary

Neil Kornswiet is a business professional with experience in both corporate finance and mortgage
lending. He holds a Juris Doctor from Georgetown University Law Center and began his career in
the legal field before switching his focus to residential lending. He has been responsible for the
establishment and development of nationwide lending programs at Quality Mortgage and One Stop
Mortgage, both of which he founded. In his current role, Neil Kornswiet oversees the Mortgage
Division of Pacific Mercantile Bank as its President. He holds a seat on the bank's Board of
Directors as well.

In addition to his success in the legal and financial arenas, Neil Kornswiet is actively involved in
many nonprofit and civic organizations. He supports the Orangewood Children's Home, the only
emergency shelter for abused children in Orange County, California. He is also involved with the
Make-A-Wish Foundation of America and the Arthritis Foundation. An avid runner and sports
enthusiast, Kornswiet enjoys flying airplanes in his spare time.

## Experience

### President

Pacific Mercantile Bank

September 2010 – Present (5 years 11 months)



Case 1:16-cv-02823-BMC-VMS   Document 20   Filed 07/29/16   Page 17 of 34 PageID #: 153

I run the day to day operations of the Mortgage Division and I am one of four executives that run the day to day operations of the Bank

## Skills

banking      Mortgage Lending      Operation Optimization

## Education

**Georgetown University Law Center**
JD, Law
1980 – 1983

## Interests

Running      Sports      Flying Airplanes

# View Neil's full profile to...

• See who you know in common
• Get introduced
• Contact **Neil** directly

**View Neil's Full Profile**

Not the Neil you're looking for? View more

LinkedIn member directory: a b c d e f g h i j k l m n o p q r s t u v w x y z more   Br

© 2016   User Agreement ┊ Privacy Policy ┊ Community Guidelines ┊ Cookie Policy ┊ Copyright Policy ┊ Unsu

7/17/2016 10:46 PM

# EXHIBIT  C

## STATE OF WYOMING ✶ SECRETARY OF STATE
## ED MURRAY
## BUSINESS DIVISION
2020 Carey Avenue, Cheyenne, WY 82002-0020
Phone 307-777-7311 · Fax 307-777-5339
Website: http://soswy.state.wy.us · Email: business@wyo.gov

## Filing Information

⚠ **Please note that this form CANNOT be submitted in place of your Annual Report.**

| Name | **People's Choice Home Loan, Inc.** | | | |
|---|---|---|---|---|
| **Filing ID** | **1999-000352884** | | | |
| Type | Profit Corporation | | Status | Inactive - Dissolved |

### General Information

| | | | | |
|---|---|---|---|---|
| Old Name | | | Sub Status | Archived |
| Fictitious Name | | | Standing - Tax | Good |
| | | | Standing - RA | Delinquent |
| Sub Type | | | Standing – Other | Good |
| Formed in | Wyoming | | Filing Date | 12/29/1999 12:00 AM |
| Term of Duration | Perpetual | | Delayed Effective Date | |
| | | | Inactive Date | 10/24/2008 |

### Share Information

| | | | | | |
|---|---|---|---|---|---|
| Common Shares | 100 | Preferred Shares | | Additional Stock | N |
| Par Value | 0.0000 | Par Value | 0.0000 | | |

### Principal Address

2120 Carey Ave
Cheyenne, WY 82001

### Mailing Address

2120 Carey Ave
Cheyenne, WY 82001

### Registered Agent Address

No Agent
No Office
Cheyenne, WY 82001

### Parties

| Type | Name / Organization / Address |
|---|---|

### Notes

| Date | Recorded By | Note |
|---|---|---|

# Filing Information

 **Please note that this form CANNOT be submitted in place of your Annual Report.**

| Name | **People's Choice Home Loan, Inc.** | | |
|---|---|---|---|
| **Filing ID** | **1999-000352884** | | |
| Type | Profit Corporation | Status | Inactive - Dissolved |

## Most Recent Annual Report Information

| Type | Original | | | AR Year | 2007 |
|---|---|---|---|---|---|
| License Tax | $0.00 | AR Exempt | N | AR ID | 00932188 |
| AR Date | 10/24/2008 2:27 PM | | | | |
| Web Filed | N | | | | |

### Officers / Directors

| Type | Name / Organization / Address |
|---|---|
| Director | Matthew Kvarda |
| President | Matthew Kvarda |
| Secretary | Matthew Kvarda |
| Treasurer | Matthew Kvarda |
| Vice President | Matthew Kvarda |

### Principal Address

2120 Carey Ave
Cheyenne, WY 82001

### Mailing Address

2120 Carey Ave
Cheyenne, WY 82001

## Annual Report History

| Num | Status | Date | Year | Tax |
|---|---|---|---|---|
| 00468249 | Original | 12/01/2000 | 2000 | $50.00 |
| 00502255 | Original | 10/30/2001 | 2001 | $50.00 |
| 00550451 | Original | 11/04/2002 | 2002 | $50.00 |
| 00594754 | Original | 11/19/2003 | 2003 | $50.00 |
| 00637573 | Original | 11/05/2004 | 2004 | $50.00 |
| 00689752 | Original | 12/02/2005 | 2005 | $50.00 |
| 00742131 | Original | 12/04/2006 | 2006 | $50.00 |
| 00932188 | Original | 10/24/2008 | 2007 | $0.00 |

## Amendment History

| ID | Description | Date |
|---|---|---|
| 2009-000754554 | RA Resignation | 05/07/2009 |

Registered Agent # Changed  From: 0138661  To: No Value
Registered Agent Organization Name Changed  From: Registered Agency Services, Inc.  To: No Agent
Registered Agent Physical Address 1 Changed  From: 2120 Carey Ave  To: No Office

# Filing Information

 **Please note that this form CANNOT be submitted in place of your Annual Report.**

| Name | People's Choice Home Loan, Inc. | | |
|------|-------|--------|--------|
| **Filing ID** | **1999-000352884** | | |
| Type | Profit Corporation | Status | Inactive - Dissolved |

| | | | |
|---|---|---|---|
| | Registered Agent Physical City Changed  From: Cheyenne  To: No Value | | |
| | Registered Agent Physical Postal Code Changed  From: 82001  To: No Value | | |
| 2008-000701918 | Articles of Dissolution | 10/24/2008 | |
| | Filing Status Changed  From: Active  To: Inactive - Dissolved | | |
| | Filing Sub Status Changed  From: Current  To: Archived | | |
| | Inactive Date Changed  From: No value  To: 10/24/2008 | | |
| 2008-000701913 | Reinstatement - Tax | 10/24/2008 | |
| | Filing Status Changed  From: Inactive - Administratively Dissolved (Tax)  To: Active | | |
| | Inactive Date Changed  From: 06/04/2008  To: No value | | |
| 2008-000681358 | Administrative Dissolution (Tax) | 06/04/2008 | |
| | Filing Status Changed  From: Active  To: Inactive - Administratively Dissolved (Tax) | | |
| 2007-000646810 | Delinquency Notice - Tax | 12/02/2007 | |
| | Common Amendment | 01/10/2005 | |
| | RA Address Change | 01/07/2005 | |
| | Merger - Survivor | 12/28/2004 | |
| | Common Amendment | 12/31/2001 | |
| See Filing ID | Initial Filing | 12/29/1999 | |

# EXHIBIT D

*Credit*

Florida

# PEOPLE'S CHOICE HOME LOAN, INC.

## Arrest Records: 2 Secrets

1) Enter Name and State. 2) Access Full Background Checks Instantly.

| | |
|---|---|
| Company number: | F00000000436 |
| Status: | Inactive |
| FEI number: | 943348277 |
| Company Type: | Foreign for Profit |
| Home State: | WY |
| Last activity date: | 9/26/2008 |
| Date Of Incorporation: | 1/25/2000 |
| Principal Address: | 7515 IRVINE CENTER DR., IRVINE, CA, 92618 |
| Mailing Address: | 7515 IRVINE CENTER DR., IRVINE, CA, 92618 |

## PEOPLE'S CHOICE HOME LOAN, INC. Principals

| | |
|---|---|
| President, Director: | Kornswiet Neil B |
| Address: | 7515 IRVINE CENTER DR., IRVINE, CA, 92618 |

| | |
|---|---|
| Secretary: | Gubman Irwin |
| Address: | 7515 IRVINE CENTER DRIVE, IRVINE, CA, 92618 |

| | |
|---|---|
| Treasurer: | Plantiko Brad S |
| Address: | 7515 IRVINE CENTER DR., IRVINE, CA, 92618 |



## Last Annual Reports

| | |
|---|---|
| 2007: | 1/4/2007 |
| 2007: | 1/4/2007 |
| 2006: | 4/23/2006 |

## Registered Agent

| | |
|---|---|
| Agent Name: | CORPORATION SERVICE COMPANY (c) |
| Agent Address: | 1201 HAYS STREET, TALLAHASSEE, FL, 32301 |

## PEOPLE'S CHOICE HOME LOAN, INC. Events

| | |
|---|---|
| 1: | AMENDMENT |
| filedDate: | 10/5/2000 |

| | |
|---|---|
| 2: | REVOKED FOR ANNUAL REPORT |
| filedDate: | 9/21/2001 |

| | |
|---|---|
| 3: | REINSTATEMENT |
| filedDate: | 2/21/2002 |

| | |
|---|---|
| 4: | REVOKED FOR ANNUAL REPORT |

filedDate:          9/26/2008

## Description

PEOPLE'S CHOICE HOME LOAN, INC. has been set up 1/25/2000 in state WY. The current status of the business is Inactive. The PEOPLE'S CHOICE HOME LOAN, INC. principal adress is 7515 IRVINE CENTER DR., IRVINE, CA, 92618. Meanwhile you can send your letters to 7515 IRVINE CENTER DR., IRVINE, CA, 92618. The company`s registered agent is CORPORATION SERVICE COMPANY 1201 HAYS STREET, TALLAHASSEE, FL, 32301. The company`s management are President, Director - Kornswiet Neil B, Secretary - Gubman Irwin, Treasurer - Plantiko Brad S. The last significant event in the company history is REVOKED FOR ANNUAL REPORT which is dated by 9/26/2008. This decision is take in action on unknown. The company annual reports filed on Annual reports – 1/4/2007.

## Comprehensive Report
### about this company



(view sample)

## I am a company director

## Similar Companies

PEOPLES CHOICE INC

PEOPLE'S CHOICE, INC.

PEOPLES CHOICE INC.

PEOPLES CHOICE INSPECTIONS

PEOPLE'S CHOICE INSURANCE, INC.

PEOPLE'S CHOICE INSURANCE, LLC

# EXHIBIT E

# Karen Smith

**Loss Mitigation Specialist-CitiFinancial Servicing, LLC**
Cedar Rapids, Iowa   Consumer Services

**57**
connections

| | |
|---|---|
| Previous | Ocwen Loan Servicing, FKA GMAC Mortgage, LLC, Transamerica Life Insurance Company, Ideal Industries inc |
| Education | Hamilton Business College |
| Recommendations | 1 person has recommended Karen |

Find a diffe

First Name

Example: K











More profes:

# View Karen's full profile.
# It's free!

Your colleagues, classmates, and 400 million other professionals are on LinkedIn.

**View Karen's Full Profile**

Public prof

Include this l

**View prof**

People Als

## Summary

I am very hard working individual who loves challenges and learning new skills. I am detail oriented and have a great work ethic. I am willing to excel in any position.

## Experience

### Servicing Support Specialist

Ocwen Loan Servicing, FKA GMAC Mortgage, LLC
April 2012 – December 2015 (3 years 9 months)

Research, recover, audit, cure and trace the receipt of final documents required by the Investor, Treasury, Capital Markets or Lending Channels all within stringent time frames. Sent mortgages and Assignment of Mortgages to county for recording, worked with borrowers, attorneys, county recorders and lenders. Contacted title companies regarding title policies on loans.

### Annuity Customer Care Rep

Transamerica Life Insurance Company
2011 – 2012 (1 year)









Case 1:16-cv-02823-BMC-VMS   Document 20   Filed 07/29/16   Page 28 of 34 PageID #: 164
https://www.linkedin.com/in/karen-smith-7430044a

different computer screens.

## Government Sales

Ideal Industries inc

February 2010 – October 2010 (9 months)

Negotiated government contracts, government invoicing, billing, order entry, issued shipping documents for orders including bill of ladings and shipping labels. Handled calls from customers regarding pricing on projects.

## Government Sales

Columbus McKinnon

July 1996 – December 2009 (13 years 6 months)



Inside Sales, Government Sales, negoitiated government contracts, worked with vendors and distributors on orders and promoting new products. Grew Government sales in 2 years from $300,000 to $6.8M

## Skills

| Contract Negotiation | Negotiation | Customer Service | Customer Relations |

| Order Management | Order Entry | Order Fulfillment | Sales Order Processing |

| Order Processing | Data Entry | Call Center | Quotes | Pricing | Auditing |

| Team Building | See 31+ |



## Projects

### Government Sales

January 2007 – November 2009

Negotiated government contracts, worked with vendors and distributors to promote products available

Team members: Karen Smith, Celena Moses, Jessie Ketelsen

## Courses

### Independent Coursework

Case: 1:16-cv-02823-BMC-VMS   Document 20   Filed 07/29/16   Page 29 of 34 PageID #: 165

Wha

## Education

### Hamilton Business College
Certification, Medical Transcription/Transcriptionist
1999 – 1999

### Jefferson High School
diploma, Business Administration and Management, General

## Recommendations

A preview of what LinkedIn members have to say about Karen:

> 66 *Karen is a high achiever and has a high*
> *sense of integrity. She delivers what she*
> *promises. While working in Government*
> *Sales and Specifically with Defense*
> See more

Sign up to see who recommended Karen

## Groups



**I NEED A NEW JOB!!!**     **ResumeBucket.com**

# View Karen's full profile to...

- See who you know in common
- Get introduced
- Contact **Karen** directly

> View Karen's Full Profile

Not the Karen you're looking for? View more

EXHIBIT   F

**NYC DEPARTMENT OF FINANCE**
**OFFICE OF THE CITY REGISTER**

This page is part of the instrument. The City Register will rely on the information provided by you on this page for purposes of indexing this instrument. The information on this page will control for indexing purposes in the event of any conflict with the rest of the document.



2016052700119002003EA7E0

| RECORDING AND ENDORSEMENT COVER PAGE | PAGE 1 OF 4 |
|---|---|

**Document ID:** 2016052700119002    **Document Date:** 03-11-2016    **Preparation Date:** 06-13-2016
**Document Type:** ASSIGNMENT, MORTGAGE
**Document Page Count:** 2

| PRESENTER: | RETURN TO: |
|---|---|
| REDVISION (PICK UP)<br>16 COURT STREET SUITE 714<br>PARTNERS (200237-Q)<br>BROOKLYN, NY 11241<br>347-296-0070<br>KAVITA.JURAKAN@REDVISION.COM | REDVISION (PICK UP)<br>16 COURT STREET SUITE 714<br>PARTNERS (200237-Q)<br>BROOKLYN, NY 11241<br>347-296-0070<br>KAVITA.JURAKAN@REDVISION.COM |

**PROPERTY DATA**

| Borough | Block | Lot | Unit | Address |
|---|---|---|---|---|
| QUEENS | 13030 | 11 | Entire Lot | 217-03 137TH ROAD |

**Property Type:** DWELLING ONLY - 2 FAMILY

**CROSS REFERENCE DATA**

**CRFN:**   2006000606163

**PARTIES**

| ASSIGNOR/OLD LENDER: | ASSIGNEE/NEW LENDER: |
|---|---|
| MORTGAGE ELECTRONIC REGISTRATION<br>SYSTEMS, INC.<br>1901 EAST VOORHEES STREET SUITE C<br>DANVILLE, IL 61834 | NPL CAPITAL, LLC<br>228 PARK AVE S,#28282<br>NEW YORK, NY 10003 |

☒ Additional Parties Listed on Continuation Page

**FEES AND TAXES**

| Mortgage : | | | Filing Fee: | |
|---|---|---|---|---|
| Mortgage Amount: | $ | 0.00 | | $ | 0.00 |
| Taxable Mortgage Amount: | $ | 0.00 | NYC Real Property Transfer Tax: | |
| Exemption: | | | | $ | 0.00 |
| TAXES: County (Basic): | $ | 0.00 | NYS Real Estate Transfer Tax: | |
| City (Additional): | $ | 0.00 | | $ | 0.00 |
| Spec (Additional): | $ | 0.00 | **RECORDED OR FILED IN THE OFFICE** | |
| TASF: | $ | 0.00 | **OF THE CITY REGISTER OF THE** | |
| MTA: | $ | 0.00 | **CITY OF NEW YORK** | |
| NYCTA: | $ | 0.00 | Recorded/Filed     06-13-2016 17:00 | |
| Additional MRT: | $ | 0.00 | City Register File No.(CRFN): | |
| TOTAL: | $ | 0.00 | **2016000199368** | |
| Recording Fee: | $ | 47.00 | | |
| Affidavit Fee: | $ | 0.00 | | |

*City Register Official Signature*

| NYC DEPARTMENT OF FINANCE OFFICE OF THE CITY REGISTER |  |
|---|---|

**2016052700119002003CA560**

| RECORDING AND ENDORSEMENT COVER PAGE  (CONTINUATION) | | PAGE 2 OF 4 |
|---|---|---|
| **Document ID: 2016052700119002** | Document Date: 03-11-2016 | Preparation Date: 06-13-2016 |
| Document Type: ASSIGNMENT, MORTGAGE | | |

**PARTIES**

**ASSIGNOR/OLD LENDER:**
PEOPLE'S CHOICE HOME LOAN, INC
1901 EAST VOORHEES STREET SUITE C
DANVILLE, IL 61834

Recording Requested By:

When Recorded Return To:

_____

### CORPORATE ASSIGNMENT OF MORTGAGE

Queens, New York   REFERENCE #: 9004173   "RUTTY"
INVESTOR #:
MERS #: 100227860183379421 VRM #: 1-888-679-6377

Assignment Prepared on: March 11, 2016.

Assignor: MORTGAGE ELECTRONIC REGISTRATION SYSTEMS INC. AS NOMINEE FOR PEOPLE'S CHOICE HOME LOAN, INC., ITS SUCCESSORS AND ASSIGNS at 1901 VOORHEES STREET, SUITE C, DANVILLE, IL 61834, P.O. BOX 2026, FLINT, MI 48501-2026.
Assignee: NPL CAPITAL, LLC at 228 PARK AVE S, #28282, NEW YORK, NY 10003-1502.

Executed By: ROBERT R. RUTTY To: MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. AS NOMINEE FOR PEOPLE'S CHOICE HOME LOAN, INC., ITS SUCCESSORS AND ASSIGNS
Date of Mortgage: 09/28/2006 Recorded: 10/31/2006 in Book/Reel/Liber: N/A Page/Folio: N/A as Instrument No.: 2006000699163 in Queens County , State of New York.

District/Section/Block/Lot: –13030-11

Property Address: 217-03 137TH ROAD, SPRINGFIELD GARDENS, NY 11413

This Assignment is not subject to the requirements of Section 275 of the Real Property Law because it is an assignment within the secondary mortgage market.

KNOW ALL MEN BY THESE PRESENTS that in consideration of the sum of TEN and NO/100ths DOLLARS and other good and valuable consideration, paid to the above named Assignor, the receipt and sufficiency of which is hereby acknowledged, the said Assignor hereby assigns unto the above-named Assignee, the said Mortgage having an original principal sum of $134,900.00 with interest, secured thereby, together with all moneys now owing or that may hereafter become due or owing in respect thereof, and the full benefit of all the powers and of all the covenants and provisos therein contained, and the said Assignor hereby grants and conveys unto the said Assignee, the Assignor's interest under the Mortgage.

TO HAVE AND TO HOLD the said Mortgage, and also the said property unto the said Assignee forever, subject to the terms contained in said Mortgage. IN WITNESS WHEREOF, the assignor has executed these presents the day and year first above written:

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS INC. AS NOMINEE FOR PEOPLE'S CHOICE HOME LOAN, INC., ITS SUCCESSORS AND ASSIGNS
On _____
By: _____
_____ , _____
___ (Print Name)      Title:

STATE OF Colorado
COUNTY OF Douglas

On _____, before me, Charlotte Benedict , a Notary Public in and for
Douglas County in the State of Colorado , personally appeared
Pauline Coffie (Print Name)   Title: SVP personally
known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are
subscribed to the within instrument and acknowledged to me that he/she/they executed, signed, sealed, and
delivered the same in his/her/their authorized capacity, and that by his/her/their signature on the instrument the
person(s), or the entity upon behalf of which the person(s) acted, executed the instrument, and that such
individual(s) made such appearance before the undersigned in the County of
Douglas , State of Colorado

WITNESS my hand and official seal,

_____
State of Colorado      County of Douglas
(This area for notarial seal)

CHARLOTTE BENEDICT
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20154088970
MY COMMISSION EXPIRES 02/18/2019

*NEY#EAMRC*1180514-05 01:09 AM* ASRDCEAMRC-A0562000080000081 45*Z* NYSUEN8* 9004173 NYSTATE_MORT_ASSIGN_ASSN *NEY#EAMRC*

# Officers Certificate

**NPL CAPITAL, LLC, as (Servicer/Master Servicer) hereby certifies that the document(s) attached and listed below have been reviewed and are accurate.**

I hereby certify that this Assignment is necessary and appropriate to enable NPL CAPITAL, LLC to carry out its servicing and administrative duties under the relevant transaction documents on behalf of Specialized Loan Servicing, relating to the following property:

**Borrower: ROBERT R. RUTTY**

**Address: 217-03 137TH ROAD**

**City/State/Zip: SPRINGFIELD GARDENS, NY 11413**

**Loan Amount: $134,000.00**

**Note Date: 09/29/2006**

NPL CAPITAL, LLC agrees to defend, indemnify and hold harmless Specialized Loan Servicing, including each officer and director of Specialized Loan Servicing  (each, a "Specialized Loan Servicing"), against any and all losses, claims, damages, liabilities, judgments and any other costs, fees and expenses of any kind or nature whatsoever (including the reasonable fees and expenses of counsel and reasonable fees and expenses of experts), imposed on, incurred by or asserted against Specialized Loan Servicing or any other Specialized Loan Servicing , or their respective successors and assigns, in connection with, arising out of or in any way relating to the execution by Specialized Loan Servicing of the Officers Cert described herein.

I hereby authorize the appropriate party of Specialized Loan Servicing to execute the attached documents in accordance with our request.

_Lin Gom_

**NPL CAPITAL, LLC**
**Lindsay Gordon**